UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| NICOLE DUCHARME | * | CIVIL ACTION NO. 18-4484 |
| | * | |
| VERSUS | * | |
| | * | MAGISTRATE JUDGE |
| CRESCENT CITY DEJA VU, L.L.C. | * | JANIS VAN MEERVELD |
| | * | |
| | * | |
| ************************************* | * | |

## SCHEDULING ORDER

A Preliminary Conference was held on August 6, 2018.

Participating: William Most, Charles Stiegler

The parties have consented to proceed before the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

Issue is joined as to all parties before the Court. Jurisdiction and venue are established. The Parties have exchanged initial disclosures.

Counsel shall complete all disclosure of information as follows:

The original deadline to file amendments to pleadings, third-party actions, cross-claims, and counterclaims is September 6, 2018.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this order. Pleadings responsive thereto, when required, shall be filed within the applicable delays.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Defendants as soon as possible, but in no event later than **December 28, 2018.**

1

A status conference will be held **in chambers** on **January 15, 2019, at 3:00 p.m.**

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, fully setting forth all matters about which they will testify and the basis therefor, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **January 29, 2019.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial no later than **January 29, 2019.** The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed not later than **February 12, 2019.**

All motions other than evidentiary pre-trial motions may be filed as soon as practicable, but must be filed and served not later than **February 19, 2019** and set with a submission date of **March 13, 2019.** Memoranda in opposition shall be filed on or before **March 4, 2019.** Reply memoranda, if any, shall be no more than ten pages and shall be filed by **March 8, 2019.** Hard copy deposition transcripts submitted in support of motions are to be double spaced and on single sided pages. Electronic versions of deposition transcripts shall be in uncompressed format as a searchable PDF. All attachments submitted in support of motions must be legible.

In addition, the Court reiterates that Local Rules 56.1 and 56.2 require that every motion for summary judgment must be accompanied by:

(1)   A separate and concise statement of the material facts which the moving party contends present no genuine issue.  This statement must be limited to facts only, and is not to include any argument.

(2)   A party opposing a motion for summary judgment must specifically respond to each statement of fact in the moving party's statement of material facts by admitting or denying each statement. This statement must be limited to facts only, and is not to include any argument.

(3)   Any opposition to a motion for summary judgment must also include a separate and concise statement of the material facts which the opponent contends present a genuine issue. This statement must be limited to facts only, and is not to include any argument.

Additionally, each party shall make specific reference to record evidence supporting its statement of material facts.  Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference.  Record evidence not specifically referred to by the parties may not be considered by the Court.  The Court will not consider motions for summary judgment that do not comply with these Rules.

Motions *in limine* regarding the admissibility of expert testimony shall be filed and served as soon as practicable, but must be filed and served not later than **March 4, 2019, and set with a submission date of not later than March 20, 2019.**

All other motions *in limine* and memoranda in support shall be filed on or before **April 9, 2019** , and oppositions thereto shall be filed on or before **April 17, 2019**.

Motions filed in violation of this order will not be considered except with leave of Court for good cause shown. In addition, the Court reiterates that Local Rule 7.4 requires leave of court

3

to file a reply to a respondent's opposition. The Court will not consider any additional responses after that reply unless good cause is shown.

Dispositive motions and all motions *in limine* (expert and otherwise) shall conform to the requirements found in the Local Rules.

**Counsel may contact the Court at any time for assistance in scheduling a settlement conference with one of the other Magistrate Judges.**

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or the Local Rules of this Court are established.

A Final Pretrial Conference will be held on **April 9, 2019, at 2:00 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice. The pretrial order must be filed by 5:00 p.m. on a day that allows two full working days prior to the conference, excluding Saturdays, Sundays, and holidays. The pretrial order submitted to the Court must be double spaced and signed by all counsel. The parties shall comply with all deadlines stated in the pretrial notice and herein, including without limitation, the deadline for filing briefs on objections to exhibits and on objections to deposition testimony.

Trial will commence **the week beginning Monday, April 29, 2019 at 9:00 a.m.** before the undersigned Magistrate Judge with a jury. Attorneys are instructed to report for trial not later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last 3 day(s).

Deadlines, cut-off dates, or other limits fixed herein may be extended only by the Court upon timely motion filed in compliance with the Local Rules and upon a showing of good cause. **Trial will not be continued, even on joint motion, absent good cause or compelling reason.**

Likewise, trial will not be continued because of the unavailability of a witness. Counsel should anticipate such possibilities and be prepared to present testimony by written deposition, videotaped deposition, or by stipulation. If, however, a continuance of the trial is granted, deadlines and cut off dates will be re-set by the Court.

The pretrial deadlines in this case, as set forth **herein** and in the **pretrial notice**, include the following. Counsel are to consult the pretrial notice for additional detail.

| | |
|---|---|
| Initial disclosures | **Completed.** |
| Amendments to pleadings, third-party actions, cross-claims, and counterclaims | **September 6, 2018.** |
| Status conference | **January 15, 2019, at 3:00 p.m.** |
| Plaintiff's expert reports | Delivered to defense counsel by **December 28, 2018.** |
| Defendant's expert reports | Delivered to plaintiff's counsel by **January 29, 2019.** |
| Witness and exhibit lists | Filed and served upon opponents by **January 29, 2019.** |
| Depositions and discovery | Completed by **February 12, 2019.** |
| Dispositive motions (all motions except evidentiary pre-trial motions) | Filed and served no later than **February 19, 2019** and set for submission on **March 13, 2019**. Memoranda in opposition shall be filed on or before **March 4, 2019.**<br><br>Any memoranda in reply shall be no more than ten pages and shall be filed by **March 8, 2019**.<br><br>*See* **Scheduling Order at p. 3 regarding the format of depositions.** |
| Motions in limine regarding the admissibility of expert testimony | Filed and served no later than **March 4, 2019** (in sufficient time to permit a submission date on or before **March 20, 2019**. Memoranda in opposition shall be filed in accordance with the Local Rules.<br><br>*See* **Scheduling Order at p. 3 regarding the format of depositions.** |
| Pretrial order | Filed by **April 4, 2019** at **5:00 p.m.**<br><br>Any exhibits to be used solely for impeachment must be presented to the Court for in camera review by this deadline. *See* Section IX.10.b of the pretrial notice |

5

| | |
|---|---|
| Pretrial conference | **April 9, 2019 at 2:00 p.m.**<br><br>**Attended by lead attorney. (See Local Rule 11.2)** |
| Motions in limine (other than those regarding the admissibility of expert testimony) and memoranda in support | Filed and served no later than **April 9, 2019** at **5:00 p.m.** |
| Responses to non-expert motions in limine and memoranda in support | Filed and served no later than **April 16, 2019** at **5:00 p.m.** |
| Final list of witnesses who will be called at trial | Filed and served no later than **April 16, 2019** at **5:00 p.m.** |
| Joint statement of the case | Filed by **April 19, 2019** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Joint jury instructions (or if agreement cannot be reached, counsel shall provide alternate versions with respect to any instruction in dispute, with its reasons for putting forth an alternative instruction and the law in support thereof. *See* pretrial notice at p. 8) | Filed and emailed to the Court by **April 19, 2019** at **5:00 p.m.** *See* pretrial notice at p. 8 |
| Joint proposed jury verdict form (or if agreement cannot be reached, separate proposed jury verdict forms and a joint memorandum explaining the disagreements between the parties as to the verdict form). | Filed by **April 19, 2019** at **5:00 p.m**. *See* pretrial notice at p. 8 |
| Proposed special voir dire questions | Filed by **April 19, 2019** at **5:00 p.m.** *See* pretrial notice at p. 8 |
| Objections to exhibits and supporting memoranda<br><br>**Note:** Each objection must identify the relevant objected-to exhibit by the number assigned to the exhibit in the joint bench book(s). *See* pretrial notice at p. 5. | Filed by **April 19, 2019** at **5:00 p.m**. *See* pretrial notice at p. 5 |
| Two copies of joint bench book(s) of tabbed exhibits, with indices of "objected-to" and "unobjected-to" exhibits, identifying which party will offer each exhibit and which witness will testify regarding the exhibit at trial | Delivered to the Court by **April 19, 2019** at **5:00 p.m.** *See* pretrial notice at pp. 5-6 |
| Trial memoranda | Filed by **April 19, 2019** at **5:00 p.m**. *See* pretrial notice at pp. 8-9 |
| Objections to deposition testimony and supporting memoranda | Filed by **April 19, 2019** at **5:00 p.m**. *See* pretrial notice at p. 6 with particular attention to instructions regarding the format of depositions |

6

| | |
|---|---|
| Responses to objections to exhibits | Filed by **April 23, 2019** at **5:00 p.m**. *See* pretrial notice at p. 5 |
| Responses to objections to deposition testimony | Filed by **April 23, 2019** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| If counsel intends to ask questions on cross-examination of an economic expert which require mathematical calculations | The factual elements of such questions shall be submitted to the expert witness by **April 23, 2019** at **5:00 p.m.** *See* pretrial notice at p. 7. |
| List and brief description of any charts, graphs, models, schematic diagrams, and similar objects intended to be used in opening statements or closing arguments | Provided to opposing counsel by **April 23, 2019** at **5:00 p.m.** *See* pretrial notice at p. 6. |
| Objections to any charts, graphs, models, schematic diagrams, and similar objects intended to be used by opposing counsel in opening statements or closing arguments | Filed by **April 24, 2019** at **5:00 p.m**. *See* pretrial notice at p. 6. |
| Jury trial | **April 29, 2019 at 9:00 a.m.** (estimated to last 3 days) |

If needed during trials, counsel are invited to use the Michaelle Pitard Wynne Attorney Conference Center located in Room B-245 on the second floor of the Hale Boggs Federal Building near the crossover to the Courthouse. The space features three private conference rooms, a lounge, and a computer workroom with internet, copy, fax and print services. Details and information on these services including conference room reservations can be found at http://nofba.org or by contacting Amanda Kaiser, Executive Director at 504-589-7990/fbaneworleans@gmail.com.

New Orleans, Louisiana, this __7th__ day of August, 2018.

_____
Janis van Meerveld
United States Magistrate Judge