# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME, | ) |
|                 Plaintiff, | ) Civil Action No.: 2:18-cv-04484 |
| v. | ) Div. 1 |
| MARY SALZER, CRESCENT CITY DEJA VU, L.L.C., | ) MAGISTRATE JUDGE  JANIS VAN MEERVELD |
|                 Defendants. | ) |

## CONSENT MOTION FOR LEAVE TO
## FILE PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Nicole Ducharme, by and through undersigned counsel, requests leave of court to file her First Amended Complaint. In support, counsel states the following:

Good cause exists for this Court to grant leave to Plaintiff to file the attached amended complaint. Magistrate Judge van Meerveld ordered counsel to file leave to amend the original complaint in order to assert Fair Labor Standards Act claims against Defendant Mary Salzer. R. Doc. 19.

On September 6th, 2018, counsel for Defendants gave his consent for the filing of this First Amended Complaint.

For these reasons, leave should be granted according to Rules 15 and 16 of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the attached Amended Complaint.

Respectfully submitted,

NICOLE DUCHARME,
by and through her counsel,

/s/ *William Most*_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2018, a copy of the Plaintiff's *Consent Motion for Leave to File Plaintiff's First Amended Complaint* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

 _/s/ *William Most*_____
William Most