# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME, )<br>)<br>)<br>   Plaintiff )<br>)<br>v. )<br>)<br>CRESCENT CITY DEJA VU, LLC, )<br>MARY SALZER,  DOES 1-10, and )<br>ABC INSURANCE COMPANIES 1-10, )<br>)<br>   Defendants. ) | Civil Action No. 18-cv-04484-JVM<br><br>Mag. Judge Janis van Meerveld |

## JOINT MOTION TO CONTINUE

Defendants Crescent City Deja Vu, LLC and Mary Salzer and Plaintiff Nicole Ducharme hereby jointly move for an extension of the trial date and other litigation deadlines set forth in the Scheduling Order (Dkt. #18).  The parties request that trial in this matter be reset to June 10, 2019, and that the close of discovery and depositions be reset for April 1, 2019.  The parties further request that the pretrial conference and remaining pretrial deadlines be continued accordingly, at the Court's convenience, to be discussed at the Status Conference on January 23, 2019.  This is the parties' first request for an extension of these dates.

                                                                         Respectfully Submitted,

                                                                         */s Charles J. Stiegler*
                                                                         Charles J. Stiegler, #33456 (TA)
                                                                         STIEGLER LAW FIRM LLC
                                                                         318 Harrison Ave., Suite 104
                                                                         New Orleans, La. 70124
                                                                         (504) 267-0777 (telephone)
                                                                         (504) 513-3084 (fax)
                                                                         Charles@StieglerLawFirm.com