UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME,  )  <br>  )  <br> Plaintiff,  )  <br> v.  )  <br>  )  <br> MARY SALZER, CRESCENT CITY DEJA VU,  )  <br> L.L.C., DOES 1 – 10, ABC INSURANCE  )  <br> COMPANIES 1 – 10,  )  <br>  )  <br> Defendants.  ) | Civil Action No.: 2:18-cv-04484-LMA-JVM |

**NOTICE OF DEPOSITION**

**TO:** Bert, Carmela, Corey D, Eric C, Matthew, John Robarge, and Pixie[1]
by counsel of record
Charles Stiegler

Please take notice that, pursuant to the Federal Rules of Civil Procedure, plaintiffs will take the deposition of defendant Crescent City Deja Vu, LLC's employees **Bert, Carmela, Corey D, Eric C, Matthew, and Pixie** on March 25, 2019, beginning at 9:30 a.m. at 601 St Charles Ave, New Orleans, LA 70130.

**Documents to Bring:** You are directed to bring:

1. **Employee earnings records from 01/01/2016 to the present for each deponent. (E.g. CCDV0004** *et seq.***)**

2. **Records showing clock-in, clock-out times for each deponent from 01/01/2018 to the present.**

The deposition is taken by a stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. This deposition may be videotaped. This deposition will be taken for all purposes authorized by the Federal Rules of

1

Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

                                              Respectfully submitted,

                                              _/s/ William Most_____
                                              WILLIAM MOST
                                              La. Bar No. 36914
                                              201 St. Charles Ave., Ste 114 #101
                                              New Orleans, LA 70170
                                              T: (650) 465-5023
                                              Email: williammost@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2019, a copy of the *Plaintiffs' Notice of Deposition* was transmitted to counsel for defendants by electronic mail.

                                              _/s/ William Most_
                                              William Most

---

[1] As identified by Exhibit A (Deja Vu Schedule). See FRCP 30(b)(1) ("If the name is unknown, the notice must provide a general description sufficient to identify the person or the particular class or group to which the person belongs.")