IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME,<br><br>    Plaintiff<br><br>v.<br><br>CRESCENT CITY DEJA VU, LLC,<br>MARY SALZER, DOES 1-10, and<br>ABC INSURANCE COMPANIES 1-10,<br><br>    Defendants | Civil Action No. 18-cv- 04484-JVM<br><br>Mag. Judge Janis van Meerveld |

### DECLARATION OF RACHAEL RETTINGER

1. I, Rachael Rettinger, am an individual of the full age of majority. Most people call me "Pixie." This declaration is based on my personal knowledge, and if called to testify I could and would do so.

2. I understand that Nicole Ducharme is seeking to file this lawsuit as a collective action, which means that other employees such as myself would be permitted to join the lawsuit and seek unpaid wages, unpaid minimum wages, or unpaid overtime. I understand that, by signing this declaration, I am providing evidence that can and will be used to defend against employee claims and – potentially – my own claims.

3. This declaration is signed voluntarily. I have had the opportunity to review it, make changes, and I understand I am free not to sign it. I choose to sign it of my own free will. Crescent City Deja Vu did not offer me anything to convince me to sign this declaration.

4. I am a server/bartender at Crescent City Deja Vu. I first worked for Crescent City Deja Vu from 2000-2002 (under prior management), left for a while, and have worked here from 2009 to

the present. Mary Salzer did not become General Manager until several years after I started.

5. I have always understood that bartenders and servers at Crescent City Deja Vu are entitled to minimum wage, including at least $2.13 an hour plus their tips. I also understand that, if a employee's tips do not bring them up to minimum wage, Crescent City Deja Vu must pay the difference.

6. In most weeks, I work two shifts as a server and two shifts as a bartender.

7. In my experience, Crescent City Deja Vu servers always make enough tips to equal the minimum wage over a workweek.

8. There has never been a formal tip pool at Crescent City Deja Vu.

9. On busy nights, I often give the cooks or dishwashers a few dollars - $5 or $10 – to thank them for their work. This has never been mandatory.

10. Crescent City Deja Vu has never required me to share tips with other employees, or enforced any rule requiring tips be shared.

11. I do not share my tips every night. On average, I will give money to the cooks or dishwashers once or twice a week.

12. I have never heard Mary Salzer tell, or ask, any other bartender or server to share tips with any other workers.

13. Sometimes cooks or dishwashers ask for money, but I can always refuse. Mary has told me not to let the cooks badger me into sharing my tips.

14. Employee drinking while on the clock is against the rules. These rules are well known and clearly posted.

15. Giving away free drinks is also against the rules.

16. During the average shift as a bartender, I probably spend about 20 minutes cleaning up the bar, and about 15 stocking. I do not order any product. (This varies based on business of shift,

whether or not there are any deliveries, and other outside factors.)

17. I rarely worked the same shift as Nicole Ducharme. She did not like me, and we did not get along well.

18. I did not know that Nicole had been pregnant, or that she had an abortion, until after this lawsuit had been filed.

19. I have never heard that Semilla Anderson was pregnant, or that she had an abortion.

20. I have never heard Mary Salzer talk about abortions, or tell me that she disapproved of abortions.

21. I have rarely, if ever, heard Mary Salzer make any political or religious statement.

22. I have never heard any Crescent City Deja Vu employees discuss their personal feelings about abortions.

23. There are posters at Crescent City Deja Vu explaining employment law and minimum wage rights. They are located where any employee can easily see them.

24. After this lawsuit was filed, someone called my personal cell phone and left a message saying that she was a lawyer for Nicole Ducharme. I did not wish to speak to her, because I would not have anything good to say about Nicole.

I swear under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed this 30 day of March, 2019, in New Orleans, Louisiana.

_____
Rachael Rettinger

Page 3 of 3