









# Louisiana Labor Law Poster

CCDV0074

Earned Income Credit

Advance Payment of Earned Income Tax

Age Discrimination

Workers' Compensation

Louisiana Minor Labor Law Placard
Title 23, Chapter 3 of Revised Statutes of 1950 as Amended

Independent Contractor or Employee?

Is someone you know **cheating** the system?

**Workers' Compensation Fraud**

1-800-201-3362

Timely Payment of Wages

Genetic Discrimination

Sickle Cell Trait Discrimination

Unemployment Insurance

Out-of-State Motor Vehicles

ATTENTION ALL EMPLOYEES, EMPLOYERS AND SUBCONTRACTORS





## Federal Labor Law Poster

### EMPLOYEE RIGHTS
#### UNDER THE FAIR LABOR STANDARDS ACT

**FEDERAL MINIMUM WAGE**
# $7.25 per hour

The law requires employers to display this poster where employees can readily see it.

- **OVERTIME PAY**
- **CHILD LABOR**
- **TIP CREDIT**
- **NURSING MOTHERS**
- **ENFORCEMENT**
- **ADDITIONAL INFORMATION**

1-866-487-9243
TTY: 1-877-889-5627
www.dol.gov/whd
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

---

### EMPLOYEE RIGHTS
#### EMPLOYEE POLYGRAPH PROTECTION ACT

THE LAW REQUIRES EMPLOYERS TO DISPLAY THIS POSTER WHERE EMPLOYEES AND JOB APPLICANTS CAN READILY SEE IT.

- **PROHIBITIONS**
- **EXEMPTIONS**
- **EXAMINEE RIGHTS**
- **ENFORCEMENT**

1-866-487-9243
TTY: 1-877-889-5627
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

---

### EMPLOYEE RIGHTS
#### UNDER THE FAMILY AND MEDICAL LEAVE ACT

THE UNITED STATES DEPARTMENT OF LABOR WAGE AND HOUR DIVISION

- **LEAVE ENTITLEMENTS**
- **BENEFITS & PROTECTIONS**
- **ELIGIBILITY REQUIREMENTS**

1-866-487-9243
TTY: 1-877-889-5627
www.dol.gov/whd
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

---

### YOUR RIGHTS UNDER USERRA

THE UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT

---

## Equal Employment Opportunity is
# THE LAW

**Private Employers, State and Local Governments, Educational Institutions, Employment Agencies and Labor Organizations**

Applicants to and employees of most private employers, state and local governments, educational institutions, employment agencies and labor organizations are protected under Federal law from discrimination on the following bases:

**RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN**

**DISABILITY**

**AGE**

**SEX**

**GENETICS**

**RETALIATION**

**Employers Holding Federal Contracts or Subcontracts**

Applicants to and employees of companies with a Federal government contract or subcontract are protected under Federal law from discrimination on the following bases:

**RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN**

**INDIVIDUALS WITH DISABILITIES**

**DISABLED, RECENTLY SEPARATED, OTHER PROTECTED, AND ARMED FORCES SERVICE MEDAL VETERANS**

**Programs or Activities Receiving Federal Financial Assistance**

**RACE, COLOR, NATIONAL ORIGIN, SEX**

**INDIVIDUALS WITH DISABILITIES**

1-866-4-USWAGE
www.dol.gov/whd

WHAT TO DO IF YOU BELIEVE DISCRIMINATION HAS OCCURRED

---

### Job Safety and Health
# IT'S THE LAW!

**All workers have the right to:**
- A safe workplace.
- Raise a safety or health concern with your employer or OSHA, or report a work-related injury or illness, without being retaliated against.
- Receive information and training on job hazards, including all hazardous substances in your workplace.
- Request an OSHA inspection of your workplace if you believe there are unsafe or unhealthy conditions. OSHA will keep your name confidential. You have the right to have a representative contact OSHA on your behalf.
- Participate in an OSHA inspection and speak in private to the inspector.
- File a complaint with OSHA within 30 days (by phone, online or by mail) if you have been retaliated against for exercising your rights.
- See any OSHA citations issued to your employer.
- Request copies of your medical records, tests that measure hazards in the workplace, and the workplace injury and illness logs.

**Employers must:**
- Provide employees a workplace free from recognized hazards. It is illegal to retaliate against an employee for using any of their rights under the law, including raising a health and safety concern with you or with OSHA, or reporting a work-related injury or illness.
- Comply with all applicable OSHA standards.
- Report to OSHA all work-related fatalities within 8 hours, and all inpatient hospitalizations, amputations and losses of an eye within 24 hours.
- Provide required training to all workers in a language and vocabulary they can understand.
- Prominently display this poster in the workplace.
- Post OSHA citations at or near the place of the alleged violations.

FREE ASSISTANCE to identify and correct hazards is available to small and medium-sized employers, without citation or penalty, through OSHA-supported consultation programs in every state.

1-800-321-OSHA (6742)
TTY: 1-877-889-5627
www.osha.gov

Contact OSHA. We can help.

Occupational Safety and Health Administration
U.S. Department of Labor

# Federal Labor Law Poster

## EMPLOYEE RIGHTS
### UNDER THE FAIR LABOR STANDARDS ACT

## FEDERAL MINIMUM WAGE
# $7.25 PER HOUR
BEGINNING JULY 24, 2009

**The law requires employers to display this poster where employees can readily see it.**

**OVERTIME PAY** At least 1½ times the regular rate of pay for all hours worked over 40 in a workweek.

**CHILD LABOR** An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor. Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs with certain work hours restrictions. Different rules apply in agricultural employment.

**TIP CREDIT** Employers of "tipped employees" who meet certain conditions may claim a partial wage credit based on tips received by their employees. Employers must pay tipped employees a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference.

**NURSING MOTHERS** The FLSA requires employers to provide reasonable break time for a nursing mother employee who is subject to the FLSA's overtime requirements in order for the employee to express breast milk for her nursing child for one year after the child's birth each time such employee has a need to express breast milk. Employers are also required to provide a place, other than a bathroom, that is shielded from view and free from intrusion from coworkers and the public, which may be used by the employee to express breast milk.

**ENFORCEMENT** The Department has authority to recover back wages and an equal amount in liquidated damages in instances of minimum wage, overtime, and other violations. The Department may litigate and/or recommend criminal prosecution. Employers may be assessed civil money penalties for each willful or repeated violation of the minimum wage or overtime pay provisions of the law. Civil money penalties may also be assessed for violations of the FLSA's child labor provisions. Heightened civil money penalties may be assessed for each child labor violation that results in the death or serious injury of any minor employee, and such assessments may be doubled when the violations are determined to be willful or repeated. The law also prohibits retaliating against or discharging workers who file a complaint or participate in any proceeding under the FLSA.

**ADDITIONAL INFORMATION**
• Certain occupations and establishments are exempt from the minimum wage, and/or overtime pay provisions.
• Special provisions apply to workers in American Samoa, the Commonwealth of the Northern Mariana Islands, and the Commonwealth of Puerto Rico.
• Some state laws provide greater employee protections; employers must comply with both.
• Some employers incorrectly classify workers as "independent contractors" when they are actually employees under the FLSA. It is important to know the difference between the two because employees (unless exempt) are entitled to the FLSA's minimum wage and overtime pay protections and correctly classified independent contractors are not.
• Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.



**WHD**
WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR
1-866-487-9243
TTY: 1-877-889-5627
www.dol.gov/whd

WH1088 REV 07/16

LPD01

---

## EMPLOYEE POLYGRAPH PROTECTION ACT

The Employee Polygraph Protection Act prohibits most private employers from using lie detector tests either for pre-employment...

**PROHIBITIONS** Employers are generally... take a lie detector test... prospective employees... Federal, State and local... tests given by the Fed... related activities.

The Act permits polygra... subject to restrictions... who are reasonably... suspected (and guard), and of pha...

The Act also permits tests... conduct and length of t... written notice before te... results disclosed to unin...

The law does not preem... agreement which is mor...

**EXEMPTIONS**

**EXAMINEE RIGHTS** Where polygraph tests...

**ENFORCEMENT** The Secretary of Labor... against violators. Emp...

**THE LAW REQUIRES EMPLOYER** to display this... JOB APP



**WHD**

---

## EMPLOYEE RIGHTS
### UNDER THE FAMILY AND MEDICAL LEAVE ACT
### THE UNITED STATES DEP...

**LEAVE ENTITLEMENTS** Eligible employees who work for... period for the following reasons:
• The birth of a child or placem...
• To bond with a child (leave m...
• To care for the employee's sp...
• For the employee's own serio...
• For qualifying exigencies relat...

An eligible employee who a cov... of FMLA leave in a single 12-mon...

An employee does not need to us... may take leave intermittently or o...

Employees may choose, or an em... substitutes accrued paid leave w...

**BENEFITS & PROTECTIONS** While employees are on FMLA leave...

Upon return from FMLA leave, mo... equivalent pay, benefits, and other...

An employer may not interfere with... opposing any practice made unlawf...

**ELIGIBILITY REQUIREMENTS** An employee who works for a cov... employee must:
• Have worked for the employer...
• Have at least 1,250 hours of s...
• Work at a location where the e...
"Special hours of service" requirem...

---

## Job Safety and Health

**OSHA** Occupational Safety...

**Private Employers, S...**

# Federal Labor Law Poster

# EMPLOYEE RIGHTS
## UNDER THE FAIR LABOR STANDARDS ACT

## FEDERAL MINIMUM WAGE
## $7.25 PER HOUR
### BEGINNING JULY 24, 2009

**The law requires employers to display this poster where employees can readily see it.**

**OVERTIME PAY**
At least 1 ½ times the regular rate of pay for all hours worked over 40 in a workweek.

**CHILD LABOR**
An employee must be at least 16 years old to work in most non-farm jobs and at least 18 to work in non-farm jobs declared hazardous by the Secretary of Labor. Youths 14 and 15 years old may work outside school hours in various non-manufacturing, non-mining, non-hazardous jobs with certain work hours restrictions. Different rules apply in agricultural employment.

**TIP CREDIT**
Employers of "tipped employees" who meet certain conditions may claim a partial wage credit based on tips received by their employees. Employers must pay tipped employees a cash wage of at least $2.13 per hour if they claim a tip credit against their minimum wage obligation. If an employee's tips combined with the employer's cash wage of at least $2.13 per hour do not equal the minimum hourly wage, the employer must make up the difference.

**NURSING MOTHERS**
The FLSA requires employers to provide reasonable break time for a nursing mother employee who is subject to the FLSA's overtime requirements in order for the employee to express breast milk for her nursing child for one year after the child's birth each time such employee has a need to express breast milk. Employers are also required to provide a place, other than a bathroom, that is shielded from view and free from intrusion from coworkers and the public, which may be used by the employee to express breast milk.

**ENFORCEMENT**
The Department has authority to recover back wages and an equal amount in liquidated damages in instances of minimum wage, overtime, and other violations. The Department may litigate and/or recommend criminal prosecution. Employers may be assessed civil money penalties for each willful or repeated violation of the minimum wage or overtime pay provisions of the law. Civil money penalties may also be assessed for each child labor violation that results in the death or serious injury of any minor employee, and such assessments may be doubled when the violations are determined to be willful or repeated. The law also prohibits retaliating against or discharging workers who file a complaint or participate in any proceeding under the FLSA.

**ADDITIONAL INFORMATION**
- Certain occupations and establishments are exempt from the minimum wage, and/or overtime pay provisions.
- Special provisions apply to workers in American Samoa, the Commonwealth of the Northern Mariana Islands, and the Commonwealth of Puerto Rico.
- Some state laws provide greater employee protections; employers must comply with both.
- Some employers incorrectly classify workers as "independent contractors" when they are actually employees under the FLSA. It is important to know the difference between the two because employees (unless exempt) are entitled to the FLSA's minimum wage and overtime pay protections and correctly classified independent contractors are not.
- Certain full-time students, student learners, apprentices, and workers with disabilities may be paid less than the minimum wage under special certificates issued by the Department of Labor.



WAGE AND HOUR DIVISION
UNITED STATES DEPARTMENT OF LABOR

1-866-487-9243
TTY: 1-877-889-5627
www.dol.gov/whd

WH1420 REV 07/16