UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME | CIVIL ACTION |
| VERSUS | NUMBER: 18-4484 |
| CRESCENT CITY DEJA VU, L.L.C. | MAGISTRATE JUDGE JANIS VAN MEERVELD |

### ORDER RECONVENING SETTLEMENT CONFERENCE

The settlement conference in the above matter will be reconvened on June 11, 2019 at 10:00 a.m. before Magistrate Judge Michael B. North, Room B419, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. The parties are referred to the Court's original order scheduling the settlement conference in this matter (rec. doc. 33) for requirements regarding the content of and submission date for their updated confidential settlement position papers.

New Orleans, Louisiana, this 16th day of May, 2019.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE