UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME,<br>　　　　　Plaintiff,<br>v.<br><br>CRESCENT CITY DÉJÀ VU, LLC.<br>MARY SALZER, DOES 1-10, and ABC<br>COMPANIES 1-10<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>)　No.  18-cv-04484-LMA-JVA<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR LEAVE TO FILE AMICUS LETTER
ON BEHALF OF INTERESTED PARTY**

**COMES NOW** local counsel, Stuart H. Smith Law Clinic and Center for Social Justice (Loyola Law Clinic), which respectfully requests that this Court grant leave to file this Motion for Leave To File Amicus Letter On Behalf of Interested Party. *Amicus*, the National Employment Law Project, desires to be heard on the history and validity of 29 C.F.R. §531.59 and the notice due to tipped workers under the regulation and the statute at 29 U.S.C. §203(m), specifically Questions 1 and 2 in R. Doc. 100.

Defendants did not consent to the submission of the Amicus Letter. However, the Court has inherent authority derived from Federal Rules of Appellate Procedure 29, to allow or deny submission of an amicus statement in its sole discretion.[1] When considering submission, courts may be guided by factors such as whether the proffered statement is "timely and useful," or otherwise necessary to the administration of justice.[2]

The Amicus Letter is responsive to this Court's Order of  May 15, 2019, which requested

---

[1] *Alex Pacheco v. Freedom Buick GMC Truck, Inc.*, No. Mo-10-CV-116, (W.D. Tex. 2011); *United States v. Davis*, 180 F.Supp.2d 797, 800 (E.D. La. 2001).
[2] *Pegasus Equine Guardian Ass'n V.U.S. Army, et al.*, No. 2:17-Cv-0980, 2019 WL 362598 (W.D. La. January 18, 2019).

additional briefing on 29 C.F.R. §531.59 and 29 U.S.C. §203(m) by June 5, 2019, and is therefore timely. Moreover, the statement is useful in that it addresses important issues where there is little guidance otherwise, in particular in the Fifth Circuit. Therefore for reasons stated herein and those discussed in the contemporaneously filed Memorandum in Support, it is respectfully requested that this Court grant this Motion and file the Amicus Letter On Behalf of Interested Party, NELP, attached as Exhibit A, into the record.

                                                  Respectfully submitted,

Stuart H. Smith Law Clinic And Center For Social Justice

On Behalf Of National Employment Law Project

/s/ Luz M. Molina
Luz M. Molina, LSBN 09539
molina@loyno.edu
Andrea M. Agee, LSBN 34887
amagee@loyno.edu
7214 St. Charles Ave., Box 902
New Orleans, LA 70118
Telephone: (504) 861-5501
Facsimile: (504) 861-5532