UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME,<br>   Plaintiff,<br>v.<br><br>CRESCENT CITY DÉJÀ VU, LLC.<br>MARY SALZER, DOES 1-10, and ABC<br>COMPANIES 1-10<br><br>   Defendants. | )<br>)<br>)<br>)<br>) No. 18-cv-04484-LMA-JVA<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM IN SUPPORT OF MOTION
FOR LEAVE TO FILE AMICUS LETTER
ON BEHALF OF INTERESTED PARTY**

  Stuart H. Smith Law Clinic and Center for Social Justice (Loyola Law Clinic), local counsel on behalf of interested party, *Amicus*, National Employment Law Project (NELP) moves for leave to file *Amicus* Letter, attached as Exhibit A, into the record for the Court's consideration.

### I. Statement of Interest

  The National Employment Law Project (NELP) is a non-profit legal organization with 50 years of experience advocating for the employment and labor rights of workers. NELP supports work-place policies that strengthen state and federal employment and labor protections for all workers, especially the most vulnerable, such as tipped workers. Work-place rights under state and federal employment and labor laws, with an emphasis on wage and hour rights are NELP's particular areas of expertise. NELP has supported the expansion of rights to tipped workers and raising the minimum wage in numerous instances, including litigation support, amicus briefs, Congressional and state testimony, filing comments on proposed rules, including the regulation

1

at issue in this case, and research reports.[1] NELP has been involved with the notice and comment period of 29 C.F.R. §531.59, since it's initial proposal in 2008 to its final issuance in 2011. NELP commented most recently in this area on the Department's 2017 proposal to change the tip regulations.[2]

## II. NELP'S Amicus Letter Is Useful Because There Is Little Guidance On This Matter Under Fifth Circuit Law

NELP's Amicus Letter will address the history and validity of the regulations at 29 C.F.R. §531.59, and the notice due to tipped workers under the regulation and the statute at 29 U.S.C. §203(m).

## III. Conclusion

For the foregoing reasons, it is respectfully requested that this Court grant this Motion and file the Amicus Letter On Behalf of Interested Party, NELP, attached as Exhibit A, into the record.

---

[1] National Employment Law Project, *Minimum Wage Basics: Overview of the Tipped Minimum Wage* (Apr. 2015), https://www.nelp.org/wp-content/uploads/Basics-Tipped-Minimum-Wage.pdf; National Employment Law Project *On the Michigan Legislature's Passage of A $12 Minimum Wage for All Workers and Paid Sick Leave* (Sept. 7, 2018) (citing to the seven states that have fully eliminated the subminimum wage for tipped workers), https://www.nelp.org/news-releases/on-the-michigan-legislatures-passage-of-a-12-minimum-wage-for-all-workers-and-paid-sick-leave/ (showing how Michigan recently adopted legislation that will gradually eliminate the subminimum wage for tipped workers). *See also*, National Employment Law Project et al., *Broken Laws, Unprotected Workers: Violations of Employment and Labor Laws in America's Cities* (Sept. 2009), http://www.nelp.org/publication/broken-laws-unprotected-workers-violations-of-employment-and-labor-laws-in-americas-cities/; National Employment Law Project, *St. Paul Should Reject a Lower Minimum Wage for Tipped Workers* (May 2018), https://s27147.pcdn.co/wp-content/uploads/St-Paul-Should-Reject-a-Lower-Minimum-Wage-for-Tipped-Workers.pdf.

[2] National Employment Law Project comment on Wage and Hour Division Proposed Rule, Tip Regulations Under the Fair Labor Standards Act, 82 Fed. Reg. 57,395 (December 5, 2017), available at: https://www.regulations.gov/document?D=WHD-2017-0003-215930.

Respectfully submitted,

Stuart H. Smith Law Clinic And
Center For Social Justice

On Behalf Of National Employment
Law Project

/s/ Luz M. Molina
Luz M. Molina, LSBN 09539
molina@loyno.edu
Andrea M. Agee, LSBN 34887
amagee@loyno.edu
7214 St. Charles Ave., Box 902
New Orleans, LA 70118
Telephone: (504) 861-5501
Facsimile: (504) 861-5532