UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME,<br>    *Plaintiff*<br><br>VERSUS<br><br>CRESCENT CITY DÉJÀ VU, L.L.C., ET AL.,<br>    *Defendants* | CIVIL ACTION NO. 18-4484<br><br>DIVISION:  1<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## ORDER

In light of the parties' progress towards settlement,

**IT IS ORDERED** that the trial date of July 22, 2019, and pretrial conference on June 28, 2019, are hereby **CONTINUED**.

**IT IS FURTHER ORDERED,** that a scheduling conference, held via telephone, is set for **Thursday, July 11, 2019**, at **3:00 p.m.**, for the purpose of setting a briefing schedule or selecting dates for a pre-trial conference and trial on the remaining issues, to the extent necessary.  Counsel for all parties shall participate.  The parties shall use the following call-in information: telephone number 1-888-278-0296; Access Code 5066372; Security Code 0711.

New Orleans, Louisiana, this 13th day of June, 2019.

                                                              Janis van Meerveld
                                                       United States Magistrate Judge