MINUTE ENTRY
NORTH, M.J.
JUNE 24, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| NICOLE DUCHARME | CIVIL ACTION |
| VERSUS | NUMBER: 18-4484 |
| CRESCENT CITY DEJA VU, L.L.C. | MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

Following additional telephonic discussions and negotiations, the reminder of this matter, involving Plaintiff's claim for attorneys' fees and costs, has been amicably resolved.

                                          _____
                                                         MICHAEL B. NORTH
                                          UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE JANICE VAN MEERVELD

MJSTAR (00:15)